☒ FILED ☐ LODGED
☐ RECEIVED ☐ COPY

OCT 3 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____M4_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-17-1301-PHX-DJH (BSB) |
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 26 U.S.C. § 7206(2) |
| Elias Bermudez, | (Aiding or Assisting the Preparation of False Tax Returns) |
| Defendant. | Counts 1-27 |

THE GRAND JURY CHARGES:

At all times material to this indictment, within the District of Arizona and elsewhere:

### INTRODUCTION

1. Defendant ELIAS BERMUDEZ owned and operated El Centro de Ayuda ("The Help Center"), a tax preparation and immigration service business with offices in Phoenix and Tucson, Arizona, among other locations.

2. For the tax years 2010 through 2012, ELIAS BERMUDEZ prepared and filed tax returns with the Internal Revenue Service ("IRS") on behalf of individuals ("clients") that contained false information. Specifically, BERMUDEZ added a false number of dependents to his clients' returns in order to maximize refundable credits under the Additional Child Tax Credit.

3. BERMUDEZ has prepared income tax returns for over 20 years. He knew and understood the eligibility requirements for someone to receive the Additional Child Tax Credit.

4. The Additional Child Tax Credit was a credit offered by the IRS that could reduce a taxpayer's federal income tax by up to $1,000 for each qualifying child. To be eligible for the Additional Child Tax Credit, the child or dependent must, among other things: (a) be a United States citizen, national, or resident alien; (b) have lived with the taxpayer for more than half of the tax year; and (c) have received at least half of his or her financial support from the taxpayer.

5. BERMUDEZ did not explain to his clients the qualifications that were necessary to be eligible for the Additional Child Tax Credit. Rather, he informed his clients that listing dependents on their tax return would reduce tax liability and perhaps even provide a tax refund.

6. BERMUDEZ's clients, at BERMUDEZ's direction, listed dependents on their tax returns who did not meet the IRS's qualifications, including listing dependents who lived in Mexico and not with the taxpayer, and dependents who had not received half of their financial support from the taxpayer. For example, BERMUDEZ encouraged his clients to list family members living in Mexico, many of whom were not the taxpayer's children or dependents, as dependents on the taxpayer's tax returns.

### COUNTS 1-27
### Aiding and Assisting in the Preparation of False Tax Returns
### (26 U.S.C. § 7206(2))

7. The factual allegations set forth in Paragraphs 1-6 are realleged and incorporated herein.

8. On or about the dates listed below, within the District of Arizona, defendant ELIAS BERMUDEZ, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation under, and in connection with any matter arising under the internal revenue laws, U.S. Individual Income Tax Returns, Forms 1040, which defendant ELIAS BERMUDEZ knew to be materially false and fraudulent, specifically with respect to the number of dependents claimed on the tax returns, as follows:

| Count | Tax Year/Filing Date | Taxpayer(s) | Tax Loss |
|---|---|---|---|
| 1 | 2010 / 4-15-11 | J.M. & Y.M. | $4,003 |
| 2 | 2011 / 4-15-12 | J.M. & Y.M. | $3,982 |
| 3 | 2010 / 4-15-11 | H.R. | $5,616 |
| 4 | 2011 / 4-15-12 | H.R. | $4,371 |
| 5 | 2010 / 4-15-11 | J.V. | $4,288 |
| 6 | 2011 / 4-15-12 | J.V. | $7,357 |
| 7 | 2010 / 4-15-11 | H.P. | $7,471 |
| 8 | 2011 / 4-15-12 | H.P. | $8,458 |
| 9 | 2010 / 4-15-11 | L.C. & A.C. | $4,095 |
| 10 | 2011 / 4-15-12 | L.C. & A.C. | $4,176 |
| 11 | 2012 / 4-15-13 | L.C. & A.C. | $1,916 |
| 12 | 2010 / 4-15-11 | J.C. | $6,748 |
| 13 | 2011 / 4-15-12 | J.C. | $6,403 |
| 14 | 2010 / 4-15-11 | M.B. & A.B. | $1,365 |
| 15 | 2011 / 4-15-12 | M.B. & A.B. | $2,740 |
| 16 | 2010 / 4-15-11 | C.A. & P.C. | $4,098 |
| 17 | 2011 / 4-15-12 | C.A. & P.C. | $5,343 |
| 18 | 2010 / 4-15-11 | F.S. & I.S. | $6,673 |
| 19 | 2011 / 4-15-12 | F.S. & I.S. | $3,763 |
| 20 | 2010 / 4-15-11 | J.G. & R.D. | $6,010 |
| 21 | 2011 / 4-15-12 | J.G. & R.D. | $5,469 |
| 22 | 2010 / 4-15-11 | D.E. & A.C. | $2,163 |
| 23 | 2011 / 4-15-12 | D.E. & A.C. | $2,699 |
| 24 | 2010 / 4-15-11 | C.A. & C.C. | $4,000 |
| 25 | 2011 / 4-15-12 | C.A. & C.C. | $4,000 |

| Count | Tax Year/Filing Date | Taxpayer(s) | Tax Loss |
|---|---|---|---|
| 26 | 2010 / 4-15-11 | E.P. & R.M. | $7,251 |
| 27 | 2011 / 4-15-12 | E.P. & R.M. | $7,193 |
|  |  |  | **$131,651** |

All in violation of Title 26, United States Code, Section 7206(2).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: October 3, 2017

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

/s/
ANDREW C. STONE
Assistant U.S. Attorney