ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona
ANDREW C. STONE
Arizona State Bar No. 026543
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: andrew.stone@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Elias Bermudez,<br><br>　　　　　Defendant. | CR-17-01301-PHX-DJH (BSB)<br><br>**GOVERNMENT'S UNOPPOSED MOTION FOR PROTECTIVE ORDER** |

Pursuant to Rule 16(d)(1), the United States moves for a protective order to restrict discovery. Specifically, the government seeks a protective order permitting the government to provide discovery containing private information and personally identifying information (collectively "PII") to defense counsel and restricting the subsequent disclosure of such PII. The government has conferred with defense counsel who has reviewed the order and has no objection to its issuance.

***

Defendant Elias Bermudez was charged by indictment on October 3, 2017, with 27 counts of Assisting in the Preparation of False Tax Returns, in violation of 26 U.S.C. § 7206(2). The Indictment alleges that Defendant owned and operated a tax preparation and immigration service business with offices in Phoenix and Tucson, among other locations. For the tax years 2010-2012, Defendant prepared and filed tax returns with the Internal Revenue Service (IRS) on behalf of his clients that contained false information. Specifically, Defendant added a false number of dependents to his clients' returns in order

to maximize refundable credits under the Additional Child Tax Credit.

The government is preparing materials for the defense team in this case in accordance with Fed. R. Crim. P. 16. The discovery includes numerous documents that contain PII, specifically, names, addresses, dates of birth, social security numbers, and a large number of tax returns filed by Defendant on behalf of his clients. Redacting the PII for each document would be onerous and would substantially delay the discovery process.

Accordingly, the government respectfully requests that this Court enter a protective order:

1. Permitting the government to provide, without redaction, the PII of individuals to the extent that PII is present in discoverable materials;

2. Ordering the defense team to safeguard and not disclose the PII provided to it, other than to the extent necessary to prepare the defense;

3. Ordering the parties to ensure that PII is redacted from any documents filed with the Court (unless filed under seal) and from any exhibits offered at trial;[1] and

4. Ordering the defense team to destroy, at the conclusion of this matter, all PII in its possession.

Respectfully submitted this 31st day of October, 2017.

                                              ELIZABETH A. STRANGE
                                              Acting United States Attorney
                                              District of Arizona

                                              *s/Andrew C. Stone*
                                              ANDREW C. STONE
                                              Assistant U.S. Attorney

---

[1] General Order 08-11 requires parties to redact some, but not all, of the PII contained in the discovery in this matter. The proposed protective order is necessary to protect the broader category of PII discussed in this motion.

**Certificate of Service**

I hereby certify that on this date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: Kristina Sitton Matthews

*s/Gaynell Smith*
U.S. Attorney's Office