ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
ANDREW C. STONE
Arizona State Bar No. 026543
andrew.stone@usdoj.gov
M. BRIDGET MINDER
Arizona State Bar No. 023356
mary.minder@usdoj.gov
Assistant United States Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-17-01301-PHX-DJH |
| Plaintiff, | |
| vs. | **NOTICE OF CONFESSIONS, ADMISSIONS, AND STATEMENTS PURSUANT TO LOCAL RULE OF CRIMINAL PROCEDURE 16.1** |
| Elias Bermudez, | |
| Defendant. | |

Pursuant to Local Rule of Criminal Procedure 16.1, the United States gives notice that any confessions, admissions, and statements cited herein may be used by the United States at trial. *See United States v. Hall,* 742 F.2d 1153, 1156 (9th Cir. 1984) (holding that predecessor to LRCrim 16.1 applies only to statements subject to court hearing prior to admission at trial); *United States v. Long,* 455 F.2d 962, 963 (9th Cir. 1972) (same). Additionally, for the convenience of the parties, the United States has also cited to additional recorded statements—likely falling outside of LRCrim 16.1 and not intended to constitute an exhaustive list—that it may use at trial. The statements are listed below, with the corresponding Bates number(s) from the United States' discovery:

1. Recorded Interview of Elias Bermudez, 9/10/12, BERMUDEZ_000001
2. Recorded Interview of Elias Bermudez, 9/11/12, BERMUDEZ_000002
3. Recorded Interview of Elias Bermudez, 9/24/12, BERMUDEZ_000003

4. Recorded Conversation of Elias Bermudez, 4/1/11, BERMUDEZ_001035
5. Recorded Conversation of Elias Bermudez, 4/3/12, BERMUDEZ_001037
6. Recorded Conversation of Elias Bermudez, 4/3/12, BERMUDEZ_001038
7. Recorded Conversation of Elias Bermudez, 4/3/12, BERMUDEZ_001039
8. Recorded Conversation of Elias Bermudez, 4/16/12, BERMUDEZ_001042
9. Recorded Conversation of Elias Bermudez, 4/16/12, BERMUDEZ_001043
10. Recorded Conversation of Elias Bermudez, 4/16/12, BERMUDEZ_001044
11. Recorded Conversation of Elias Bermudez, 4/16/12, BERMUDEZ_001045
12. Summary of Conversation with Elias Bermudez, 9/4/12, BERMUDEZ_000785-86

Respectfully submitted this 16th day of July, 2018.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*s/Andrew C. Stone*
ANDREW C. STONE
M. BRIDGET MINDER
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of July 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Kristina Sitton Matthews,
*Attorney for Defendant*

*s/Cristina Abramo*
U.S. Attorney's Office