ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
ANDREW C. STONE
Arizona State Bar No. 026543
andrew.stone@usdoj.gov
M. BRIDGET MINDER
Arizona State Bar No. 023356
mary.minder@usdoj.gov
Assistant United States Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-17-01301-PHX-DJH |
|---|---|
| Plaintiff, | |
| vs. | **GOVERNMENT'S NOTICE OF POSSIBLE EXPERT TESTIMONY** |
| Elias Bermudez, | |
| Defendant. | |

Pursuant to Rule 16(a)(1)(G), Fed. R. Crim. P., and Rules 702, 703, 704, 705, and 1006, Fed. R. Evid., the following witness may give testimony that might be construed as falling within the purview of these rules. Through discovery and other disclosures, specific reports and analyses have been or will be directed to defense counsel regarding the specific nature of any expected "expert" testimony to be given by these individuals.

To the extent not previously disclosed in discovery, this notice and any subsequent disclosures to defense counsel will isolate the reports, analyses, summaries, and other findings and records associated with any potential "expert" or summary testimony. This notice is meant merely as a broader initial disclosure of the subjects the government may seek to present evidence by way of "expert" or summary testimony.

**1. Kristy H. Morgan, IRS Court Witness Coordinator**

Kristy Morgan's resume is attached as Exhibit 1. Although her testimony is

essentially factual in nature, she is being identified as a potential expert in an abundance of caution. Ms. Morgan is currently an IRS Court Witness Coordinator and will serve as the IRS custodian of records who will lay the foundation for the IRS records in this case, including income tax returns, information returns, transcripts of taxpayer accounts, tax forms (including IRS Form W-7), and other related tax documents and correspondence. Ms. Morgan will testify about how the IRS collects, analyzes, and stores tax records in the normal course of business, and how entries are recorded on IRS transcripts of account. During the course of her testimony, Ms. Morgan may explain terms and concepts associated with the tax records introduced during her testimony, including Individual Tax Identification Numbers (ITINs), Earned Income Tax Credit (EITC), Child Tax Credit (CTC), and additional Child Tax Credit (ACTC). Ms. Morgan may also testify about data maintained by IRS regarding the percentage of returns prepared by the defendant which claimed refunds, claimed the ATCT, and involved taxpayers and/or dependents with ITINs and may compare the defendant's results against taxpayers in Arizona and nationwide.

Respectfully submitted this 16th day of July, 2018.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*s/Andrew C. Stone*
ANDREW C. STONE
M. BRIDGET MINDER
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of July 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Kristina Sitton Matthews,
*Attorney for Defendant*

*s/Cristina Abramo*
U.S. Attorney's Office