ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
ANDREW C. STONE
Arizona State Bar No. 026543
andrew.stone@usdoj.gov
M. BRIDGET MINDER
Arizona State Bar No. 023356
mary.minder@usdoj.gov
Assistant United States Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone:  602-514-7500
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-17-01301-PHX-DJH |
|---|---|
| Plaintiff, | **NOTICE OF INTENT TO INTRODUCE OTHER ACTS EVIDENCE** |
| vs. | |
| Elias Bermudez, | |
| Defendant. | |

The United States gives notice that it may introduce the following evidence at trial:

1) <u>Additional tax returns prepared by defendant</u>.  Defendant is charged with 27 counts of aiding or assisting the preparation of false tax returns, with each count corresponding to a specific tax return prepared by defendant. (Doc. 1.) Defendant prepared numerous other tax returns around the same time-period that contained similar falsehoods. The government may introduce additional tax returns, beyond those pertaining to the charged counts, and the corresponding transcripts that are relevant to the charged counts because they involve the same taxpayers or similar falsehoods.  Such tax returns and transcripts have been produced to defendant.  [*See* Bates 36-47, 65-74, 115-118,137-147, 178-188, 233-244, 266-275, 296-307, 329-339, 361-367, and 443-780.]

2) <u>Relevant Forms W-7</u>.  In connection with his preparation of false tax returns, defendant assisted clients in preparing Forms W-7 to obtain an Individual Taxpayer

Identification Number (ITIN).  An ITIN is a tax processing number issued by the IRS to individuals who are required to have a U.S. taxpayer identification number but who do not have, and are not eligible to obtain, a Social Security Number (SSN) from the Social Security Administration (SSA).  Defendant helped his clients obtain ITINs for themselves and their dependents so they could file fraudulent tax returns claiming false dependents to fraudulently obtain the Additional Child Tax Credit.  Relevant Forms W-7 will be produced in advance of trial.

3) Defendant's contacts with confidential informant and undercover agents.  During the investigation of this matter, defendant met with a confidential informant and two undercover agents.  Consistent with the charged counts, defendant told the undercover agents they should include false dependents on their tax returns to reduce their tax liability and improperly claim a refund.  Also consistent with defendant's scheme to obtain refunds for his clients, defendant told the confidential informant that by filing a tax return, she would have to pay income tax and there was no reason to file a return if she had to pay.  Recordings of these interactions and related paperwork has been produced in discovery.  [*See* Bates 790, 868-881, and 1035-1045.]

4) Summary data regarding tax returns prepared by defendant.  Data maintained by the IRS shows defendant prepared thousands of returns each year during the relevant years; the percentage of returns prepared by defendant which claim refunds is far higher than other preparers; the percentage of returns using ITINs is far higher than other preparers; and the percentage of returns that claim tax credits based on the number of dependents is far higher than other preparers.  A summary of the data regarding defendant has been produced in discovery.  [*See* Bates 430-440.]  An updated summary will be produced in advance of trial.

This evidence is necessary to offer a coherent and comprehensible story regarding defendant's conduct.  This evidence is admissible because it is "inextricably intertwined" with the offenses charged in the indictment, necessary background to the offenses charged in the indictment, or otherwise relevant to the allegations in the indictment.  Therefore, it

1    is not subject to the exclusion on the basis of Rule 404(b).

2          Even if Rule 404(b) applies, the evidence is still admissible because (1) it is

3    probative of the defendant's knowledge (absence of mistake), motive, intent, preparation,

4    and plan and (2) its probative value is not substantially outweighed by the danger of unfair

5    prejudice.

6          Respectfully submitted this 16th day of July, 2018.

7

8                                             ELIZABETH A. STRANGE
9                                             First Assistant United States Attorney
                                              District of Arizona
10

11                                            *s/Andrew C. Stone*
                                              ANDREW C. STONE
12                                            M. BRIDGET MINDER
                                              Assistant U.S. Attorneys
13

14

15

16

17

18                        **CERTIFICATE OF SERVICE**
19          I hereby certify that on this 16th day of July, 2018, I electronically transmitted the
     attached document to the Clerk's Office using the CM/ECF System for filing and
20   transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

21   Kristina Sitton Matthews,
22   *Attorney for Defendant*

23

24    *s/Cristina Abramo*
     U.S. Attorney's Office
25

26

27

28