**Matthews Law Firm**
3100 W. Ray Road, Suite 201
Chandler, AZ  85226
(480) 207-5959 phone
(480) 718-8329 fax

Kristina Sitton Matthews, #023467
E-mail: kristina@matthewslawaz.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. 2:17-cr-01301-DJH |
| Plaintiff, | |
| vs. | **MOTION TO CHANGE VENUE** |
| Elias Bermudez, | |
| Defendant. | **(Evidentiary Hearing/ Oral Argument Requested)** |

Defendant Elias Bermudez, through undersigned counsel, and pursuant to the Sixth Amendment to the Constitution, the Due Process clause, and Rule 21(a), Federal Rules of Criminal Procedure, submits his Motion to Change Venue. Defendant is a high-profile, controversial figure in the Phoenix and Tucson community and the alleged crime at issue as well as other acts surrounding Mr. Bermudez's advocacy of immigration reform have been exhaustively covered by the press. Prejudice against him therefore exists such that he cannot receive a fair trial in this District. The following Memorandum of Points and Authorities supports this Motion.

. . .

1

Respectfully submitted:  August 1, 2018.

By:   *s/Kristina Matthews*
Kristina Matthews
Attorney for Defendant

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.    FACTS

Defendant Elias Bermudez is charged via Indictment in this case with 27 counts of Aiding in the Preparation of False Tax Returns. His indictment was reported by various news outlets in Phoenix and Tucson. *See* news articles, attached as Exhibit "1." Having once served as the head of Immigrants Without Borders, Mr. Bermudez is a very controversial figure in the Phoenix and Tucson areas. *See* various news articles, attached as Exhibit "2;" *see also*, Sean Alfano, Latino Leaders Lash Out at Phoenix Sheriff, CBS News (July 26, 2007), https://www.cbsnews.com/news/latino-leaders-lash-out-at-phoenix-sheriff/, Daniel J. Quigley, Immigrant-rights Groups Shifting Tactics as November Approaches, White Mountain Independent (May 8, 2008), https://www.wmicentral.com/business/business_news/immigrant-rights-groups-shifting-tactics-as-november-approaches/article_192bab69-3c99-5bad-a306-a0af1dd5aded.html.  Mr. Bermudez was even featured in a publication written by Sheriff Joe Arpaio ("Arpaio") wherein it was intimated that Mr. Bermudez had a "price" on Arpaio's head. *See* Exhibit "3" at pages 12-14. Defendant was, in the past, vice mayor of San Luis, Arizona.

### II.    LAW AND ARGUMENT

The Sixth Amendment to the United States Constitution requires that a criminal defendant receive a fair and impartial jury panel. *Duncan v. Louisiana*, 391 U.S. 145, 153 (1968). The Supreme Court has held that due process requires

the transfer of a trial to another district if "extraordinary local prejudice" will prevent the defendant from receiving a fair trial within the prosecuting district. *Skilling v. United States*, 130 S.Ct. 2896, 2913 (2010). Rule 21(a), Federal Rules of Criminal Procedure, provides that a change of venue must be granted if "the Court is satisfied that so great a prejudice against the defendant exists in the transferring district that the defendant cannot obtain a fair and impartial trial there." Prejudice may be actual or presumed. *Hayes v. Ayers*, 632 F.3d 500, 508 (9th Cir. 2011); *see also United States v. Sherwood*, 98 F.3d 402, 410 (9th Cir. 1996). Presumed prejudice such that due process is implicated occurs, "[w]hen the record demonstrates that the community where the trial was held was saturated with prejudicial and inflammatory media publicity about the crime." *Id.*, citing *Harris v. Pulley*, 885 F.2d 1354, 1361 (9th Cir. 1988).

In this case, the articles cited as well as further evidence that can and will be produced at an evidentiary hearing show that Mr. Bermudez is so controversial of a figure within the state of Arizona that prejudice is presumed and he cannot receive a fair trial here. Not only was the community here and in southern Arizona saturated with evidence of this crime, but the articles produced show that Mr. Bermudez is a well-known figure – as stated above, he was vice mayor of San Luis, AZ and President of Immigrants Without Borders. A simple google search reveals an Associated Press "file photo" of Mr. Bermudez discussing immigration directly with Sheriff Joe Arpaio and kneeling before his feet begging for immigration reform. *See* Jacques Billeaud, Already-Pardoned Ex-Sheriff Asks Judge to Undo Conviction, The Spokesman-Review (Aug. 28, 2017), http://www.spokesman.com/stories/2017/aug/28/already-pardoned-ex-sheriff-asks-judge-to-undo-con/. To be clear, this case presents a unique set of

3

circumstances that are not often found in reported cases. Mr. Bermudez asserts that the following combination of circumstances creates a presumption of prejudice that require a change of venue: his former high-ranking leadership role as vice mayor of San Luis, AZ, the volume of news coverage that has been produced about and around him regarding his advocacy for immigration and immigrants over the past 20+ years (including a death threat to Arpaio, the current climate surrounding immigration in Arizona, and the pretrial publicity attendant to this particular case. This Court should presume prejudice not only from the pretrial publicity surrounding this case but also from the prominence of Mr. Bermudez within the Arizona community.

### III.   CONCLUSION

Based on the foregoing, a change of venue is requested to reduce the prejudice that will occur should the trial occur within the State of Arizona.

It is not anticipated that excludable delay will result from this motion or from an order based thereon.

Respectfully submitted:  August 1, 2018.


By:   *s/Kristina Matthews*
        Kristina Matthews
        Attorney for Defendant

1  Copy of the foregoing transmitted
2  by ECF for filing August 1, 2018, to:

3  CLERK'S OFFICE
   United States District Court
4  Sandra Day O'Connor Courthouse
5  401 W. Washington
   Phoenix, Arizona 85003
6

7  ANDREW STONE
8  Assistant U.S. Attorney

9

10

11  By:_ *s/Kristina Matthews*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28