

U.S. Air Force

# AZ Immigrant Advocate Elias Bermudez Charged With Scamming Migrants, IRS

RAY STERN | OCTOBER 6, 2017 | 1:11PM

Immigrant advocate Elias Bermudez has been a controversial figure in Arizona and other states for a long time. He's been accused of offering legal services he wasn't qualified to provide.

Bermudez, who lives in Tucson, is now facing a new legal problem: He's been charged with scamming the IRS and immigrants by preparing fraudulent tax documents that enabled people to get tax credits they didn't deserve.

## "Bermudez added a false number of dependents to his clients' returns in order to maximize refundable credits under the Additional Child Tax Credit." - IRS criminal division

From 2010 to 2012, Bermudez prepared at least 27 tax forms for immigrants that claimed child tax credits his clients didn't deserve, according to a newly unsealed federal indictment.

"Specifically, Bermudez added a false number of dependents to his clients' returns in order to maximize refundable credits under the Additional Child Tax Credit," the October 3 indictment says.

The credits offered by the IRS are worth up to $1,000 per qualifying child. But the kids must be U.S. citizens or legal immigrants, have lived with the taxpayer for at least six months, and have received at least half of their support from the taxpayer.

The 27 clients of Bermudez's, who are listed in the indictment only by their initials, followed his advice to list family members who hadn't received financial support from the clients, including children who lived in Mexico or other people's children.

The indictment implies that many of the clients didn't know what they were doing was wrong. "Bermudez did not explain to his clients the qualifications that were necessary to be eligible for the Additional Child Tax Credit," the indictment states. "Rather, he informed his clients that listing dependents on their tax return would reduce tax liability and perhaps even provide a tax refund."

The immigrants received tax credits ranging from $1,365 to $8,458. The immigrants will likely have to pay back the amounts they received, according to the IRS.

"Taxpayers are ultimately responsible for the information on their return whether they prepare their own return or hire a paid return preparer," said Brian Watson, special agent and spokesman for the IRS' criminal investigation division, which is handling the case.



Elias Bermudez    **Guilio Sciorio**

Having prepared tax returns for more than 20 years, Bermudez should have known better, according to the government.

Besides his previous legal help to immigrants, Bermudez founded the migrant advocacy group Immigrants Without Borders and has at times been one of the leading activists in Arizona for undocumented residents. For example, an *Arizona Republic* article about the "Day Without Immigrants" protest in February quoted him.

Bermudez has a colorful past as a former illegal immigrant, convicted felon, and one-time gig as mayor of San Luis, Arizona, as covered in a 2007 feature article, "The Bermudez Triangle," in the *Phoenix New Times* by writer Megan Irwin.

Irwin's article exposed how critics of Bermudez accused him of using his status as an advocate to exploit immigrants for money. He helped those seeking legal status and citizenship to help file paperwork, but some clients claimed he ripped them off.

The ultimate purpose of donations to his nonprofit group was "murky," Irwin wrote. And Bermudez would sometimes get on the nerves of other immigrant activists for his often-unusual political stances and occasional friendship with Republican leaders, including former Maricopa County Sheriff Joe Arpaio.

A judge granted the State Bar of Arizona's demand to put a halt to Bermudez's legal-help business and pay back clients he'd allegedly ripped off.

Bermudez moved himself and his for-profit company, Centro Ayuda USA, to New Mexico for a time where, as a 2012 *New Times* article reported, that state's Attorney General accused him of "providing unauthorized immigration consulting services."

Those services included preparing applications for the Deferred Action for Childhood Arrivals program. The business offered its services for "free" — but required donations as high as $500 to his nonprofit group Immigrants Without Borders.

The fresh indictment charges Bermudez with 27 counts of aiding and assisting in the preparation of false tax returns.

Bermudez didn't return several messages left for him on Friday, including on his Facebook page.

RELATED TOPICS:  **NEWS**   **ARIZONA**   **CRIME**   **IMMIGRATION**

©2018 Phoenix New Times, LLC. All rights reserved.

# Illegal immigration advocate Elias Bermudez charged with tax fraud

By **Linda Bentley (http://sonorannews.com/author/linda/)** · October 9, 2017



(http://sonorannews.com/wp-content/uploads/2017/10/EliasBermudez.jpg)

*Elias Bermudez*

PHOENIX – On Oct. 3, Elias Bermudez, owner of El Centro de Ayuda (The Help Center), a tax preparation and immigration service business with offices in Phoenix, Tucson and other locations, was indicted by a federal grand jury on 27 counts of aiding or assisting the preparation of false tax returns in violation of 26 U.S.C. § 7206(2), Fraud and false statements, a felony.

If convicted, Bermudez "shall be fined not more than $250,000 ($500,000 in the case of a corporation), or imprisoned not more than three years, or both, together with the costs of prosecution."

The U.S. Department of Justice's website states, "Section 7206(2) has been described as the Internal Revenue Code's 'aiding and abetting' provision ... It is frequently used to prosecute individuals who advise or otherwise assist in the preparation or presentation of false documents, e.g., fraudulent tax return preparers."

According to the indictment, between 2010 and 2012 Bermudez prepared and filed tax returns with the IRS on behalf of his clients that contained false information.

Bermudez added a false number of dependents to his clients' returns in order to maximize refunds under the Additional Child Tax Credit.

Since Bermudez has prepared income tax returns for over 20 years, the indictment notes he was well aware of the eligibility requirements for someone to receive the Additional Child Tax Credit, a credit offered by the IRS that could reduce a taxpayer's federal income tax by up to $1,000 for each qualifying child.

However, in order to qualify under the Additional Child Tax Credit, the child or dependent must a) be a U.S. citizen, national or resident alien; b) have lived with the taxpayer for more than half of the tax year; and c) have received at least half of his or her financial support from the taxpayer.

Not only did Bermudez not explain these requirements to his clients, he informed them that listing dependents on their tax returns would reduce their tax liability and could even provide them with a tax refund.

Under Bermudez's direction, his clients listed dependents who did not meet IRS qualifications, including listing dependents living in Mexico and not with the taxpayer, and dependents who had not received half of their financial support from the taxpayer.

Bermudez went so far as to encourage his clients to list family members living in Mexico, many of whom were not the taxpayer's children or dependents, as dependents on their tax returns.

The tax loss from fraudulently listing unqualified dependents on his clients' tax returns ranged from $1,365 to $8,458 for a total of $131,651.

This isn't the first time Bermudez has overstepped his bounds, as Sonoran News reported in May 2009: "Elias Bermudez – doctor, lawyer, notary and busboy? (http://www.sonorannews.com/archives/2009/090520/webonlyBermudez.html)"

In 2008, the State Bar of Arizona filed a complaint against Bermudez, El Centro de Ayuda and Inmigrantes Sin Fronteras (Immigrants Without Borders) for engaging in the unauthorized practice of law.

Bermudez boasted he had helped people become naturalized citizens for 15 years as director of Inmigrantes Sin Fronteras in Phoenix.

In 2009, Maricopa County Superior Court Judge J. Kenneth Magnum granted the state bar's motion for summary judgment and ordered Bermudez, El Centro de Ayuda and Inmigrantes Sin Fronteras permanently enjoined from engaging in those activities, which he listed in lengthy detail, that constituted the practice of law.

Bermudez came to the United States as an illegal alien in 1967

and eventually became a legal permanent resident by marrying a U.S. citizen.

Just two weeks prior to becoming a naturalized citizen, Bermudez was elected to the San Luis, Ariz. City Council, where he served from 1982 to 1984.

San Luis is located in Southwest Yuma County across the border from Mexico.

During the early to mid 1990s, Bermudez was the executive director of Centro de Progreso (Progress Center), a family business in San Luis that was repeatedly sued for exploiting farm workers under the Fair Labor Standards Act.

One case resulted in the court awarding the plaintiffs $4,000 plus costs, $500 was awarded in another case and $6,487.60 plus $3,365 in attorney fees was awarded in yet another case, entered as a default judgment against Bermudez, who was in prison at the time and unable to appear.

In 1994 Bermudez was indicted on ten counts of conspiracy to manufacture, distribute and possess with intent to distribute methamphetamine, aiding and abetting, and laundering of monetary instruments, for his participation in another family business involving the manufacture and smuggling of methamphetamine from Mexico into the United States for distribution and sales.

In January 1996, Bermudez was convicted of conspiracy to launder monetary instruments and sentenced to 18 months in federal prison, followed by three years supervised release.

Shortly after a new Arizona law went into effect in July 2003, requiring all individuals and businesses preparing legal documents without the supervision of an attorney to become certified as Legal Document Preparers, a certification issued to non-attorneys in Arizona who provide document preparation assistance and services to individuals and entities not represented by an attorney, Bermudez applied.

He was turned down, however, due to his felony conviction.

Prior to his conviction, Bermudez was a notary public in Yuma County. However, unless rights have been restored, felons are precluded from becoming notaries.

Curiously, Bermudez was commissioned as a notary in Maricopa County in February 2001 anyway and granted a renewal in February 2005.

While Bermudez claims he "openly provided" information about his felony conviction when he applied, Joann Cota, acting director of the Arizona Secretary of State's Business Services Division, which appoints notaries, said, "Upon review of his notary application, it appears Mr. Bermudez did not disclose that he was convicted of a felony."

Cota said, "Question number one on the Notary Public Application," which was signed by Bermudez before a notary under penalty of perjury, reads; "Have you ever been convicted of a felony or a lesser offense … that is incompatible with the duties of a notary public?" Bermudez placed an "X" in the "NO" column next to that question.

Clio Cloud Conference

# Immigrant-rights activist indicted on suspicion of preparing false tax returns

Samuel Hoyle, The Republic | azcentral.com    Published 6:44 p.m. MT Oct. 6, 2017



*(Photo: The Republic)*

Arizona immigrant-rights activist Elias Bermudez was charged Oct. 3 with 27 counts of aiding in the preparation of false tax returns, according to a grand-jury indictment filed in the U.S. District Court of Arizona.

Bermudez, founder of Immigrants Without Borders and owner of El Centro de Ayuda, is accused of advising taxpayers to claim unqualified dependents to gain tax-credit deductions, according to a court filing.

Bermudez encouraged taxpayers to claim dependents who lived in Mexico and did not receive the minimum amount of financial support to qualify for the $1,000 Additional Child Tax Credit, according to the filing.

The indictment references 27 tax filings between 2010 and 2012 that included inaccurate numbers of dependents, according to the court document. The tax loss totaled $131,651.

Bermudez, contacted by *The Arizona Republic* on Friday, said he was unaware of the indictment but wasn't worried.

He said he has cooperated and provided documents.

He said he would get his day in court.

"They will find I did not do anything to hurt my people," he said.

"I'm a person who likes to get into controversy," Bermudez said, adding that there are thousands of tax preparers in Phoenix. "Why are they after me?"

Bermudez, now in his mid-60s, said he operates El Centro de Progreso tax preparation in Phoenix and Tucson.

A dozen years ago, he was was at the forefront of debates in Arizona over immigration. He founded the advocacy group Immigrants Without Borders and helped organize marches in boycotts.

A judge in Maricopa County in 2009 sanctioned Bermudez for providing legal advice without a law license at El Centro de Ayuda and ordered him to stop advising immigrants and helping them prepare legal documents. To avoid violating that order, Bermudez stopped speaking out.

That wasn't his first brush with the law. Bermudez was mayor of San Luis, a border town near Yuma, in the 1980s. In 1996, he was sentenced to 18 months in federal prison for laundering drug-trafficking profits for his brother-in-law.

Bermudez maintains his innocence.

Bermudez's arraignment is set for 10 a.m. Oct. 18.

**READ MORE:**

Tax traps may await gig-economy workers (/story/money/business/2017/09/27/know-what-you-owe-tax-issues-await-uber-drivers-airbnb-landlords-gig-economy-workers/678981001/)

How to get quick cash after a disaster strikes (/story/money/business/consumers/2017/09/13/wiles-why-you-shouldnt-tap-into-your-retirement-plan-after-disasters/634020001/)

Saving money: What's working and what's not (/story/money/business/consumers/2017/08/17/saving-budgeting-smart-money-practices-how-

to/549440001/)

Read or Share this story: http://azc.cc/2yNpCpu

SEARCH ...

# Immigrants Without Borders Founder Had Clients Claim Mexican Relatives On US Tax Returns



Elias Bermudez

**BY: ADI NEWS SERVICES**   OCTOBER 7, 2017

Elias Bermudez, founder of Immigrants Without Borders and owner of El Centro de Ayuda, a tax preparation and immigration service was charged on October 3 with 27 counts of aiding in the preparation of false tax returns.



JULY 30, 2018

# Napier: Why Is ICE In Pima County's

Bermudez's arraignment set for October 18, 2017 at 10:00 a.m., in Phoenix before Magistrate Judge Bridget Bade.

Bermudez had  El Centro de Ayuda (The Help Center) offices in Phoenix and Tucson.

The government alleges "that for the tax years 2010 through 2012, Bermudez prepared and 22 filed tax returns with the Internal Revenue Service ("IRS") on behalf of individuals that contained false information. Specifically, Bermudez added a false number of dependents to his clients' returns in order to maximize refundable credits under the Additional Child Tax Credit."

Allegedly "Bermudez's clients, at his direction, listed dependents on their tax returns who did not meet the IRS' s qualifications, including listing dependents who lived in Mexico and not with the taxpayer, and dependents who had not received half of their financial support from the taxpayer. For example, Bermudez encouraged his clients to list family members living in Mexico, many of whom were not the taxpayer's children or dependents, as dependents on the taxpayer's tax returns," according to the indictment.

▷

## PUBLIC RECORDS SEARCH

First Name [                    ]

Last Name [                    ]

Start Search
_____
BeenVerified

# Detention Center?

On Monday, Pima County Sheriff Mark Napier issued the following statement regarding Immigration and Custom Enforcement (ICE) agents' access to...

READ MORE



JULY 28, 2018

Apache Junction Homeowner Shoots, Kills Home Invader



JULY 27, 2018

Dead Prairie Dog Tests Positive For Plague In Coconino County

SUPPORT INDEPENDENT NEWS



f SHARE          🐦 TWEET

📌 PIN           g+ SHARE



ONLY $10 A MONTH

5 COMMENTS

ON "IMMIGRANTS WITHOUT BORDERS FOUNDER HAD CLIENTS CLAIM MEXICAN RELATIVES ON US TAX RETURNS"

The Oracle of Tucson | October 7, 2017 at 3:39 am |

Wow a one man crime wave.
Elias Bermudez has demonstrated that he had no respect for this nation and its laws. If found guilty, I hope he gets the maximum sentence since he not only gamed the system, facilitated the theft of the people's money from the treasury, but betrayed the trust of his clients as well.

The Oracle

Bill | October 7, 2017 at 4:00 am |

Bermudez = azwhole



JULY 31, 2018

1,000 Arizona Motor Vehicle Crash Deaths In 2017



JULY 31, 2018

Border Patrol Agent Terry Murder Suspect Extradited To U.S.



JULY 31, 2018

Immigration, Border Agencies Defend Handling Of Family Separations



JULY 31, 2018

9th Circuit Affirms Maricopa County Sheriff's Office Racial Profiling Ruling

Billy B | October 7, 2017 at 7:14 am |

interesting example of the cause and effect – as well as participation of those here illegally. Oh we didn't know what he was doing... is not excuse.

---

hank | October 7, 2017 at 7:31 am |

And really this is 'news', how? Has been going on for years, just like the kids crossing the border to go to school here using the address of 'relatives' as their domicile. There were several articles on this some years ago to include tv coverage

What is 'news' is that they found 1 guy from 5-6 YEARS ago to charge!

luke | October 7, 2017 at 12:30 pm |

Perhaps the real news is, that "they" think they can get away with prosecuting so few when there is every indication that these frauds are a widespread practice thanks to President Obama`s own refusal to comply with our laws.

---



JULY 31, 2018

Felon Carjacks Vehicle Leads Pima County Deputies On Chase



JULY 31, 2018

'Fight The Bite': August Rains Bring Risk Of Mosquito-Borne Illnesses



JULY 31, 2018

Beware Of Scammers Pretending To Be From Social Security Administration



JULY 31, 2018

Body Of Missing Mississippi Man Found In Kofa Refuge Area



JULY 31, 2018

Comments are closed.

Sex Offender Arrested
For Trying To Get A Job At
Prescott Schools



JULY
31,
2018

Restitution Available
From Bullhead City-
Based Malows Jetski
Rentals



JULY 28, 2018

# Todd's
# Spin:

# Sunday's Comic

NBC's Chuck Todd Warns Trump 'Over-Hyped' Strong Economic Growth NBC's Chuck Todd warned on Friday that President Donald Trump may...

READ MORE



JULY 28, 2018

If The AZGOP Held A Senate Debate: Sunday's Comic



JULY 28, 2018

Team RINO: Sunday's Comic



JULY 28, 2018

Find Huckelberry: Sunday's Comic



JULY 21, 2018

Real Red State: Sunday's Comic

ARIZONA DAILY INDEPENDENT © MEMBER OF THE ARIZONA NEWSPAPERS ASSOCIATION

HOME | USE OF SITE TERMS | PRIVACY POLICY | REFUND POLICY