# Phoenix New Times



Elias Bermudez, host of "The Voice of the Immigrant" on AM 1540    Guilio Sciorio

# Sheriff Joe, Elias Bermudez and the Case of the Very Offensive Voice Mail

**SARAH FENSKE** | **FEBRUARY 23, 2009** | **2:38PM**



Elias Bermudez, host of "The Voice of the Immigrant" on AM 1540

Guilio Sciorio

"You go to hell," the caller snarls. "You talk about illegal immigration -- You go to hell and -- take your Spics with ya."

The message is just a few seconds long, and in these polarized times, sadly, not that unique in its use of a racial slur to describe Latino residents.

There's just one thing, in fact, that makes this particular voice mail fascinating. And that's this: The caller sounds kind of like Sheriff Joe Arpaio.

We're not saying it's him. Nor is the guy whose voice mail recorded the message on February 11, controversial local Hispanic activist/Spanish radio host Elias Bermudez. Arpaio's spokeswoman, Lisa Allen, called it "another silly, unfounded accusation against the sheriff from one of his critics."

But we have to admit it kind of sounds like Arpaio, or at least a guy trying to sound like Arpaio. And so, initially, did Bermudez. He told
*New Times*
that when he first heard the message, Arpaio's face immediately came to mind.

So Bermudez played the voice mail message for his radio audience on AM 1540, KSAA, the next morning, raising the possibility. He says he also intends to get a subpoena to get the phone company to comb through its records and see where the call originated.

As Bermudez admits, there was good reason for him to be thinking of Sheriff Joe on the night the voice mail was left -- and vice versa. That day, sheriff's deputies had descended on the county's landscaping contractor, detaining 60 employees as suspected illegal immigrants. And it wasn't just the illegal aliens who suffered during the sheriff's visit; Bermudez says the legal residents also had their hands zip-tied behind their backs for hours -- including an elderly man who ended up pissing himself.

"This man was a legal, permanent resident!" Bermudez told
*New Times*
last week. "His son was an American citizen. That's not right. I don't care how you look at it." Bermudez was angry enough to give a series of salty interviews to two local TV news stations, including one where he called the sheriff a criminal.

So the famously thin-skinned sheriff had reason to be mad -- the question is, was he stupid enough to leave a voice mail uttering a word that no public official should ever,

*ever*

say?

We just can't believe he's that dumb. MCSO spokeswoman Lisa Allen, who ought to know, says the anonymous caller's voice is "not even close" to that of her boss. (As for Bermudez, he says, "I hope it's not him. It saddens me if he would think in such a way.") But we invite you to listen to the recording, which we've linked

**[ Please read web version for embedded audio ]**

, and let us know what you think.

And while we're staying skeptical for now, if it turns out the call came from a payphone in Arpaio's hometown of Fountain Hills, well, suffice to say we could easily be persuaded.

RELATED TOPICS:   **NEWS**   **NEWS**

©2018 Phoenix New Times, LLC. All rights reserved.

# PHOENIX NewTimes



Elias Bermudez    Credit: Giulio Sciorio

# Elias Bermudez's New Gig Charging Immigrants for Help on Deferred Action Documents Busted by New Mexico A.G.

MATTHEW HENDLEY | OCTOBER 3, 2012 | 1:41PM



Elias Bermudez    Credit: Giulio Sciorio

Remember Elias Bermudez? He one of the stranger critics of Sheriff Joe Arpaio who practically disappeared a few years ago after being ordered by a county judge to stop charging immigrants for his legal advice, since he's not a lawyer.

Well, he's popped up again -- the New Mexico Attorney General's Office says Bermudez was "providing unauthorized immigration consulting services," including helping immigrants prepare Deferred Action applications.

*See also:*

*-The Bermudez Triangle*
*-DREAMers Vulnerable to Scams, Activists and Feds Warn*

The New Mexico AG's office says Bermudez and other Arizonans had set up their company, Centro Ayuda USA Inc., in Albuquerque.

"Centro Ayuda operated under pretext that it is a non-profit entity, which does not charge for its services," a statement from New Mexico Attorney General Gary King's office says. "However, the company informed clients that it expected a donation of $500. Centro Ayuda's Director Elias Bermudez is neither an attorney nor is he accredited by the federal Board of Immigration Appeals, as required by law."

That sounds awfully familiar to how Bermudez operated back in Arizona, as described in a 2007 *New Times* cover story:

> At an event in August, aimed at letting workers know what could happen to them under Arizona's new employer sanctions law, Inmigrantes has a table set up where people can fill out and file what's known as a G-28 form, which gives legal representation to immigrants. Filers are asked for a $10 donation, which goes to Inmigrantes, and the paperwork is filed by Bermudez's for-profit document-preparation business, Centro de Ayuda (The Help Center).

The New Mexico AG says Bermudez's problems included the fact that he's not an attorney, didn't have accreditation from the federal Board of Immigration Appeals, and was not registered with the state or city of Albuquerque.

The statement says Bermudez shut down his shop voluntarily.

Texas, anyone?

RELATED TOPICS: **NEWS**  **IMMIGRATION**

---

©2018 Phoenix New Times, LLC. All rights reserved.

[an error occurred while processing this directive] [an error occurred while processing this directive] [an error occurred while processing this directive] [an error occurred while processing this directive] [an error occurred while processing this directive] [an error occurred while processing this directive] [an error occurred while processing this directive]

August 01, 2018 |     11:38 am | 84°

## News

- Type Size: A A A
- Print

## Onetime face of reform silent on migrant issue

- Most Popular

by Daniel Gonzalez - May. 3, 2010 12:00 AM
The Arizona Republic

- G+

Recommend | Be the first of your friends to recommend this.

Tweet

For years, Elias Bermudez was front and center in the debate over illegal immigration in Arizona, one of the most visible and outspoken advocates of reform.

But in the national furor over Arizona's tough new immigration law, the founder of advocacy group Immigrants Without Borders has been noticeably absent.

"People have been asking me, 'What happened to you? Did you forget about us? Did you throw in the towel?'" said the 59-year-old activist, who has helped to organize boycotts and massive marches and has been interviewed by media across the nation about immigration issues.

Bermudez hasn't forgotten. But he has relinquished his unofficial role as chief spokesman for immigrants.

Last year, a judge in Maricopa County sanctioned Bermudez for giving legal advice without a law license and ordered him to stop advising immigrants and helping them prepare legal documents. To avoid violating that order, Bermudez stopped speaking out.

Many Latino leaders say his absence has left a void at a time when many Hispanics in Arizona feel targeted by the law that makes it a state crime to be in the country illegally and requires authorities to check the immigration status of anyone they believe might be in the country illegally.

But others say the immigrant-rights movement has grown larger than one person and that it might be better off without someone as controversial as Bermudez at the forefront.

### Instrumental effort

Bermudez was frequently quoted by English- and Spanish-language media, often going toe-to-toe with Maricopa County Sheriff Joe Arpaio on national cable TV news shows. As a Latino and a staunch Republican, Bermudez also had the ear of key Republicans in Washington, D.C., including Sen. John McCain, R-Ariz.

Over the years, his Immigrants Without Borders persuaded illegal immigrants to take part in boycotts, work stoppages and rallies designed to highlight the economic contributions of undocumented immigrants. The group was instrumental in getting massive crowds to march in Phoenix in 2006 and 2007 to support immigration reform that would have included a path to legal status for illegal immigrants.

"He was the one who awoke the sleeping giant," said Magdalena Schwartz, a Mesa pastor who was vice president of the group before leaving to start another organization.

At its peak, Immigrants Without Borders had 11 chapters and 2,000 members across the Valley. Without Bermudez, the organization has dwindled to one chapter in Mesa, said chapter president Pedro Sanchez.

Sanchez, who has led groups to the state Capitol to protest the new immigration law, laments the absence of Bermudez.

"There is no leader who has taken charge over this movement," Sanchez said. "We need him. He had a lot of talent. He was very good with words."

Roberto Reveles, who as president of Somos America led the coalition of groups that organized the mega-marches in 2006 and 2007, said Bermudez deserves some credit.

"What he did was bring public attention to an immigrant community that had been largely ignored," Reveles said.

But he faults Bermudez for having a "my way or the highway" style that he says turned off some Latino leaders, including himself.

Reveles, who is no longer part of the leadership of Somos America, said he has been astounded by the leaders and groups that oppose the new law.

"I am comfortable with the view that the movement we see exercising itself does not depend on one individual," he said. "I don't think (the presence of Bermudez) would hurt, but his absence is not of critical importance."

Even Arpaio downplayed the effect of Bermudez's retreat.

"We had our confrontations and issues," Arpaio said. "It didn't bother me. And there are other people who have taken his place."

## Rise and fall

In the early 1980s, Bermudez was mayor of San Luis, a border town near Yuma. In 1996, he was sentenced to 18 months in federal prison for laundering drug-trafficking profits for his brother-in-law. Bermudez maintains his innocence.

After his release, Bermudez rebuilt a business he had started in the wake of the 1986 federal amnesty law, helping immigrants fill out documents to apply for green cards and citizenship.

Then, in 2005, to help drum up support for reform and clients for his business, Centro de Ayuda, Bermudez formed Immigrants Without Borders.

He also paid for his own daily radio show for five years, first on KIDR-AM (740) Radio Unica, and later on KASA-AM (1540). On the air, Bermudez often praised illegal immigrants for their hard work and decried laws that targeted them. He counseled immigrants on the air to exercise their rights and remain silent if stopped by police. He also made it no secret that he stood to profit from reform, which would have created a torrent of new clients seeking help applying for legal status.

Some immigration lawyers were concerned that Bermudez was crossing the line at Centro de Ayuda. Under the state's "notario" law, document preparers, known as "notarios" in Spanish, can only help people fill out immigration documents.

In 2007, the State Bar of Arizona filed a lawsuit accusing Bermudez of practicing law without authorization. It was spurred by two Centro de Ayuda clients who said they were facing deportation because they applied for legal status when Bermudez wrongly advised them they qualified for green cards. One of the clients said she paid Bermudez $2,500 to help her fill out documents for her and her son, according to court documents.

In April 2009, Maricopa County Superior Court Judge Kenneth Mangum ordered Bermudez to stop preparing legal documents and to stop "preparing or expressing legal opinions."

Bermudez could be charged with contempt of court for violating the sanctions, said Karen Boehmer, who investigates unauthorized-practice-of-law complaints for the Bar.

Bermudez doesn't deny that he sometimes advised clients, but he said there are 200 other preparers in the state who do the same thing. He believes the Bar singled him out because of his visibility and because his company took business away from lawyers.

"We do not on our own arbitrarily go after individuals and seek them out," said Rick DeBruhl, a spokesman for the State Bar of Arizona. "Therefore, the only reason in this case that Mr. Bermudez would have been pursued would have been because complaints were filed."

### Today in Tucson

Bermudez said he has stopped speaking out and rarely gives interviews because he is afraid of violating the sanctions.

"It's like my right to freedom of speech has been taken away," he said.

But Boehmer said the sanctions do not silence Bermudez.

"He is perfectly well within his First Amendment rights to do that," she said. "He is not within his First Amendment rights to give legal advice when he is not trained as a lawyer to do so."

After he was sanctioned, Bermudez closed Centro de Ayuda, which operated from an office building he owned on Thomas Road. He said the private company generated $500,000 a year in revenue.

After it closed, he could not afford the mortgages on his two houses in Phoenix and lost them to foreclosure. He said he also traded his leased 2007 BMW 530i for a 1999 Toyota pickup he bought for $3,000.

"Not only did I lose my business, I lost my livelihood," Bermudez said.

He now rents an apartment in Tucson and helps Spanish-speaking immigrants file tax returns from a tiny office in an industrial park near the airport.

But he doesn't plan to sit on the sidelines forever.

He has been taking classes to get certification from the federal government to open a non-profit business filling out immigration documents.

Bermudez also attended protests against the new immigration law last weekend at the state Capitol and has given some interviews to reporters, mostly in the Spanish-language media.

"How can I remain silent while this is going on?" he said. "I can't."

- Type Size: A A A
- Print
- Email
- Elias Bermudez
- Most Popular

Charlie Leight/The Arizona Republic

Former radio host Elias Bermudez was a force in the immigration-reform debate and marches of 2006 and 2007.

- SHARE
- G+

More on this topic

### Other bills

Among the dozens of bills awaiting Gov. Jan Brewer's action are several that didn't pass until the final hours of the legislative session. Most of these provoked controversy or needed last-minute fixes to get through. They include:

◆ Senate Bill 1307, which bans human-animal hybrids. It won narrow approval in both chambers of the Legislature this week. Opponents ridiculed its attempt to legislate actions that they say have no foundation in reality, with Democrats cracking jokes about minotaurs and mermaids.

But proponents, such as Cathi Herrod of the Center for Arizona Policy, said there is evidence that such activities have been happening in Europe, and they want to prevent that from coming to Arizona.

◆ Senate Bill 1254, which provides tax credits for companies that produce electricity from renewable energy. Senators killed it during a debate on the merits of targeted tax incentives, but revived it hours later.

◆ Senate Bill 2143, continues the state Department of Liquor Licenses and Control for another five years and extends the hours of liquor sales on Sundays. If signed, liquor sales could start at 6 a.m., the same time as the other days of the week, instead of the current 10 a.m.

◆ House Bill 1045 continues SCF, a quasi-governmental agency that provides workers' compensation insurance to more than 30,000 businesses, for another two years. It also creates a road map for the agency to convert into a mutual-insurance company that would be an entirely private entity, governed by a private board. That private company must be operating by January 2013.

## Arizona immigration legislation

**Friday's developments**
GOP worries Ariz. law could hurt party
Supreme Court poised to debate older law
Boycott goal: 'Shocking stop' to economy
Va. official: Similar immigration law worked
Some Arizonans waiting to pick sides
U.S. rep: Deport kids of illegal immigrants

**More coverage**
Arpaio: Give immigration law a chance
A new push for reform in D.C.
Shakira condemns law | Ricky Martin
UA president: Law affecting enrollment
Poll: 51% in U.S. back Ariz. law |    State poll
3 lawsuits filed |    1 |    2 |    3
Brewer's approval rating boosted by law
Referendum could delay law until 2012
Arpaio and Sharpton's immigration road show
Follow coverage: Mobile | iPhone | Facebook | Twitter
Read details of SB1070 on state Web site

**Noteworthy supporters of law**
Russell Pearce
Former Alaskan governor Sarah Palin
Maricopa County Sheriff Joe Arpaio
John McCain
Former Maricopa County Attorney Andrew Thomas
U.S. Senate hopeful J.D. Hayworth (Ariz.)
State Rep. Debbie Riddle (Texas)
Scott McInnis (Colo. candidate)

**Noteworthy opponents of law**
Pima County sheriff Clarence Dupnik
Interim Maricopa County Attorney Rick Romley
Arizona Attorney General Terry Goddard
Phoenix Mayor Phil Gordon
Former Texas governor Jeb Bush
U.S. Senate hopeful Marco Rubio (Fla.)
U.S. Rep. Lincoln Diaz-Balart (Fla.)
Civil rights leader Rev. Al Sharpton
Top Calif. lawmaker

**Ariz. cities contemplating challenge**
Phoenix | Tucson | Flagstaff

**Cities/groups amid boycott talk**
San Francisco
Los Angeles
St Paul (Minn.)
Denver schools
Social media efforts
World Boxing Council

**States that could have similar bills**
Oklahoma | Texas | Colorado | Minnesota

---

## azcentral.com

MOST POPULAR NEWS HEADLINES

- Fourth of July quiz: How 'American' are you?
- Quiz: Can you pass the civics test for U.S. citizenship?
- Women executed in the U.S. since 1976
- Arizona wildfires: Road closures
- Phoenix-area investigations reveal shadowy porn industry
- Bikers Against Child Abuse make abuse victims feel safe
- Holy sightings: Jesus, Virgin Mary and others spotted in unusual places
- Former porn actress makes new start as Chandler mom
- List of Arizona K-12 Online schools
- Nude photos: A new way for teens to flirt?

https://tucson.com/news/state-and-regional/activists-want-sheriff-to-stop-arrests/article_77dfba91-020e-532a-878e-0d198ac70fb0.html

# Activists want sheriff to stop arrests

By Amanda Lee Myers The Associated Press   Jul 15, 2006



PHOENIX — Hundreds of immigrant-rights activists sparred with the sheriff of Arizona's most populous county Friday, calling him heartless for arresting illegal immigrants under a state smuggling law.

More than 200 protesters marched through a small area of downtown Phoenix and stopped in front of the office of Maricopa County Sheriff Joe Arpaio, known for female chain gangs and forcing inmates to wear pink underwear.

Protesters walked diagonally through an intersection and met Arpaio on the other side.

"Sheriff, we are here to get on our knees and implore you to stop the hostility against the Hispanic community," said Elias Bermudez, president of activist group Inmigrantes Sin Fronteras, or Immigrants Without Borders.

Bermudez knelt in front of the sheriff as he spoke, saying, "We believe that your enforcement of the law is an affront to the poor victims — the people who are coming here to work and serve this country."

Arpaio refused to stop arresting illegal immigrants under the human smuggling law, whose authors say the legislation was intended to crack down on violent immigrant smugglers — not the people being smuggled.

Bermudez told Arpaio if he wouldn't work with the Hispanic community, Latinos will retaliate at the polls.

"We have come here, we have begged, we have gotten on our knees," Bermudez said. "You have not worked with us. The only thing we can tell you is you cannot be our sheriff.

"You are pursuing something that goes against the Hispanic community, and we as the Hispanic community will do our most to have you removed from public office, and we will do it through the polls."

Under a disputed interpretation by Maricopa County Attorney Andrew Thomas, the smuggling law is being applied to the smuggled immigrants themselves.

Thomas maintains illegal immigrants who pay smugglers to enter the United States are committing conspiracy to smuggle and can therefore be prosecuted under the state law — punishable by up to two years in jail.

On Tuesday, a judge dismissed charges against two Mexican men at the first trial of the hundreds of illegal immigrants charged with conspiracy under the law. The next day, a jury found a smuggler guilty under the law.

Neither the protests nor the dismissals will stop him from arresting more illegal immigrants, Arpaio said.

"I am going to enforce the law," Arpaio told protesters Friday. "You cannot change my mind."

The protesters also demonstrated in front of Thomas's office, but he wasn't there. Instead, he issued a statement through his public-relations representative.

"The protests today remind us that America is a generous nation — so generous that we allow illegal immigrants to protest publicly in our streets and to demand that our immigration laws not be enforced," Thomas wrote.

"However, it is my duty, as the county's chief prosecutor, to hold accountable those who violate Arizona's criminal statutes. This includes prosecuting those who violate our state law against human smuggling, a law designed to combat illegal immigration," he wrote.

After speaking with Arpaio, Bermudez and the other protesters marched in a circle, chanting "Libertad" and "Sí se puede," Spanish for "Liberty" and "Yes, we can."

They carried American flags and signs that read, "Don't be nosy with the Border Patrol job" and "You can't have a crime without a victim."

One 9-year-old girl wore a black-and-white-striped prison uniform with a sign taped to her back that read, "I am not a criminal."

"I'm afraid my parents will go to jail," said the girl, Daniela Marqueda of Phoenix.

Another man, Cliff Clifton, shouted at Arpaio, calling him a "Nazi thug" and a

"scumbag piece of garbage," to which Arpaio said, "Is that all you can say?"

One woman leaned in close to Arpaio, pointing her finger in his face to mimic the sheriff.

Earlier this week, local news channels showed Arpaio pointing his finger at the two illegal immigrants whose charges were dismissed, ordering them to go back to Mexico and tell all their friends to stay out of Maricopa County.

But the sheriff did have a handful of supporters, including Barb Heller, a 49-year-old Phoenix resident.

"There are laws on the books," said Heller, who held a sign that read, "Arpaio & Thomas: Doing the job Bush, McCain and Napolitano won't."

| Custom Search | GO |   Home   Local News   Opinion / Editorial   Feature News   Marketplace   Classifieds   Archives

About

## Elias Bermudez – doctor, lawyer, notary and busboy?

By Linda Bentley | May 20, 2009

*In January 1996, Bermudez was convicted of conspiracy to launder monetary instruments and sentenced to 18 months in prison*



PHOENIX – In March 2008, the State Bar of Arizona filed a complaint against illegal migration advocate Elias Bermudez and his organizations Centro de Ayuda (Help Center) and Inmigrantes Sin Fronteras (Immigrants Without Borders) claiming he was engaging in the unauthorized practice of law.

In April 2008, the state bar filed an amended complaint detailing the facts which formed the basis of that claim.

In an October 2008 Catholic News Service article, Bermudez boasted, "I've been helping people become naturalized citizens for 15 years," as director of Immigrants Without Borders in Phoenix, which helped run the naturalization and voter registration campaign in Arizona.

In February 2009, the state bar filed a motion for summary judgment, which was granted on April 27 by Maricopa County Superior Court Judge J. Kenneth Magnum, ordering Bermudez, Centro de Ayuda and Inmigrantes Sin Fronteras "permanently enjoined from engaging in those activities which constitute the practice of law," listing in lengthy detail what Bermudez is precluded from doing.

Magnum further ordered Bermudez to notify existing customers, opposing counsel or opposing parties ... of such sanctions; return all documents or other property in pending matters to customers; and cease use of any reference to titles or descriptions prohibited in the order or judgment on all advertising, business cards and letterhead.

Bermudez was also ordered to pay restitution to two clients totaling $2,525 along with costs totaling $261.25 payable to the State Bar of Arizona.

Additionally, Magnum ordered that Bermudez "shall remain subject to the jurisdiction of this court with respect to unauthorized practice of law matters."

While the court made it clear Bermudez may not pass himself off as a lawyer, there's a recent undated video on AOL, attributed to mylatinonews.com (http://video.aol.com/video-detail/mylatinonewscom-dr-elias-bermudez/753876587), featuring "Dr. Elias Bermudez" from Immigrants Without Borders speaking at the Los Angeles Sheraton.

The video description says: "Listen as Dr. Bermudez discusses some of the political attacks on immigrants that are taking place in Arizona."

Bermudez begins with, "I am a person who came to Los Angeles – East Los Angeles – in 1967 as an undocumented person and raised (sic) through the ranks and did everything I had to do – became a permanent resident by marrying a beautiful U.S. citizen and then becaming (sic), becoming, a U.S. citizen and elected to public office, actually, two weeks prior to me receiving certificate of citizenship."

Bermudez served on the San Luis, Ariz. City Council, located in southwest Yuma County across the border from Mexico, from 1982 to 1984.

The video concludes with Bermudez saying, "We didn't come here for the scenery. We didn't come here for your beautiful beaches and your beautiful woman (sic). We came here because you

invited us. Every time you allow me to bus your table, every time you allow me to fix your bed, you are inviting me to come to work. Now, just recognize the fact and give me a document so I can be here freely as you are."

Bermudez isn't a doctor or a lawyer and there's no evidence he ever bused tables or made beds.

In the early to mid 1990s Bermudez was the executive director of Centro de Progreso (Progress Center), a family business in San Luis, which was repeatedly sued for exploiting farmworkers under the Fair Labor Standards Act.



One case resulted in the court awarding the plaintiffs $4,000 plus costs, $500 was awarded in another case and $6,487.60 plus $3,365 in attorney fees was awarded in yet another case, entered as a default judgment against Bermudez, who was in prison at the time and unable to appear.

In 1994 Bermudez was indicted on ten counts of conspiracy to manufacture, distribute and possess with intent to distribute methamphetamine, aiding and abetting, and laundering of monetary instruments, for his participation in another family business involving the manufacture and smuggling of methamphetamine from Mexico into the United States for distribution and sales.

In January 1996, Bermudez was convicted of conspiracy to launder monetary instruments and sentenced to 18 months in federal prison, followed by three years supervised release. Shortly after a new law went into effect in July 2003, requiring all individuals and businesses preparing legal documents without the supervision of an attorney to become certified as Legal Document Preparers, a certification issued to non-attorneys in Arizona who provide document preparation assistance and services to individuals and entities not represented by an attorney, Bermudez applied.

He was turned down, however, due to his felony conviction.

Prior to his conviction, Bermudez was a notary public in Yuma County.

However, unless rights have been restored, felons are precluded from becoming notaries. Curiously, Bermudez was commissioned as a notary in Maricopa County in February 2001 anyway and granted a renewal in February 2005.

While Bermudez claims he "openly provided" information about his felony conviction when he applied, Joann Cota, acting director of the Arizona Secretary of State's Business Services Division, which appoints notaries, said, "Upon review of his notary application, it appears Mr. Bermudez did not disclose that he was convicted of a felony."

Cota said, "Question number one on the Notary Public Application," which was signed by Bermudez before a notary under penalty of perjury, reads; "Have you ever been convicted of a felony or a lesser offense ... that is incompatible with the duties of a notary public?" Bermudez placed an "X" in the "NO" column next to that question.

Even though it appears Bermudez violated several notary laws, because his commission expired on Jan. 31, 2009 and he did not apply for renewal, Cota said the Secretary cannot take action on a commission that is not current. However, she added, should he decide to apply for reappointment, "this investigation will be considered."

Photos: Elias Bermudez, dba Inmigrantes Sin Fronteras (Immigrants without Borders) and Centro de Ayuda (Help Center) on Thomas Road, were permanently enjoined last month by Superior Court Judge J. Kenneth Magnum from engaging in any activities which constitute the practice of law.

Copyright © 2008 Sonoran News