ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
ANDREW C. STONE
Arizona State Bar No. 026543
andrew.stone@usdoj.gov
M. BRIDGET MINDER
Arizona State Bar No. 023356
mary.minder@usdoj.gov
Assistant United States Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone:  602-514-7500
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-17-01301-PHX-DJH |
| Plaintiff, | |
| vs. | **JOINT STATEMENT OF THE CASE** |
| Elias Bermudez, | |
| Defendant. | |

In accordance with the Court's March 30, 2018 Order (doc. 23), the parties submit the following joint statement of the case:

Defendant Elias Bermudez is charged with 27 counts of willfully aiding or assisting the preparation of false tax returns.  The indictment alleges that for tax years 2010 through 2012, the defendant (a tax preparer) added a false number of dependents to his clients' tax returns in order to maximize refundable tax credits under the Additional Child Tax Credit, which caused his clients to obtain money for his clients that they were not entitled to receive.  The defendant denies the charges, has pleaded not guilty, and is presumed innocent unless and until proved guilty beyond a reasonable doubt.

Respectfully submitted this 16th day of August, 2018.

>ELIZABETH A. STRANGE
>First Assistant United States Attorney
>District of Arizona
>
>*s/Andrew C. Stone*
>ANDREW C. STONE
>M. BRIDGET MINDER
>Assistant U.S. Attorneys
>
>*s/Kristina Sitton Matthews*
>KRISTINA SITTON MATTHEWS
>Attorney for Defendant Elias Bermudez

## CERTIFICATE OF SERVICE

    I hereby certify that on this 16th day of August 2018, I emailed this Notice to Humetewa_Chambers@azd.uscourts.gov and to Kristina Sitton Matthews at kristina@matthewslawaz.com.

*s/Gaynell Smith*
U.S. Attorney's Office