# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Elias Bermudez,<br><br>　　　　Defendant. | No. CR-17-01301-001-PHX-DJH<br><br>**AMENDED PROTECTIVE ORDER** |

　　　　Pursuant to Federal Rule of Criminal Procedure 16(d)(1), the Government's unopposed oral motion made in open court on August 23, 2018, to amend the existing protective order, no objection by defendant, and good cause appearing,

　　　　**IT IS ORDERED** the Government's unopposed oral motion to amend the protective order is **GRANTED**.

　　　　**IT IS FURTHER ORDERED**:

　　　　1.　　The United States may disclose to defense counsel, without redaction, the private information and personally identifying information (collectively "PII") of individuals to the extent that PII is present in discoverable materials.  PII includes names, addresses, dates of birth, social security numbers, and any other personal information that is typically included on tax returns.

　　　　2.　　The defense team shall safeguard and shall not disclose the PII provided to it, other than to the extent necessary to prepare the defense.

　　　　3.　　The parties shall ensure that PII is redacted from any documents filed with

1. the Court (unless filed under seal).

4. The defense team shall destroy, at the conclusion of this matter, all PII in its possession.

The Court finds there is no excludable delay.

Dated this 24th day of August, 2018.

Honorable Diane J. Humetewa
United States District Judge