**Matthews Law Firm**
3100 W. Ray Road, Suite 201
Chandler, AZ  85226
(480) 207-5959 phone
(480) 718-8329 fax

Kristina Sitton Matthews, #023467
E-mail: kristina@matthewslawaz.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-17-01301-DJH |
| Plaintiff, | |
| vs. | **MOTION TO MODIFY RELEASE CONDITIONS** |
| Elias Bermudez, | |
| Defendant. | |

 Defendant Elias Bermudez, through undersigned counsel, moves to modify the release conditions currently in place.

 Defendant was released on October 17, 2017, on conditions that, among others, he surrender his passport and refrain from traveling outside of the District of Arizona without permission. Defendant was born in Mexico and much of his family resides there. Mr. Bermudez recently learned that his paternal aunt, who is in her 90s and resides in Agua Prieta, Sonora, Mexico is in ill health. He wishes to travel to Mexico to see her with his family. Defendant has appeared as directed and there is no evidence to

believe he is a flight risk. A modification of release conditions to allow out of district travel as well as release of his passport to travel to Agua Prieta, Sonora, Mexico, from October 12 through 22 is requested.

  Counsel has contacted Assistant United States Attorney Andrew Stone regarding this motion and he has no objection to the aforementioned requests.

  Excludable delay is not expected as a result of this motion.

  Respectfully submitted:  September 24, 2018.

          By: *s/Kristina Matthews*
             Kristina Matthews
             Attorney for Defendant

Copy of the foregoing transmitted
by ECF for filing September 24, 2018, to:

CLERK'S OFFICE
United States District Court
Sandra Day O'Connor Courthouse
401 W. Washington
Phoenix, Arizona 85003

ANDREW STONE
M. BRIDGET MINDER
Assistant U.S. Attorneys


By: *s/ksm*